# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**ACC MASTERCRAFT ROOFING CONTRACTORS, INC.** a/a/o **VILLAS DE TUSCANY CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D22-0483

[August 3, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE21-5252.

George A. Vaka and Nancy A. Lauten of Vaka Law Group, Tampa, for appellant.

Garrett William Haakon Clifford of Vishio Forry PLLC, Naples, and Matthew F. Watkins of Kirwan, Spellacy, Danner, Watkins & Brownstein P.A., Naples, for appellee.

PER CURIAM.

*Affirmed.  See Merrick Preserve Condo. Ass'n, Inc. v. Cypress Prop. & Cas. Ins. Co.,* 315 So. 3d 45, 50 (Fla. 4th DCA 2021).

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***